THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH W. PITTMAN, Appellant. [761 NYS2d 915] —Appeal from a judgment of Cattaraugus County Court (Himelein, J.), entered January 7, 2002, convicting defendant upon his plea of guilty of, inter alia, sexual abuse in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo,* 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Pine, Hurlbutt, Burns and Lawton, JJ.